IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, Ellis | Case Number: 07 B 03792 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 3/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 9, 2008
Confirmed: July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,900.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,797.40 |
| Trustee Fee: | | 102.60 |
| Other Funds: | | 0.00 |
| Totals: | 1,900.00 | 1,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,100.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,797.40 |
| 3. | Freemont Investment | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 2,880.00 | 0.00 |
| 7. | HomeComings Financial Network | Secured | 12,507.49 | 0.00 |
| 8. | B-Real LLC | Unsecured | 661.57 | 0.00 |
| 9. | Worldwide Financial Capital Bank | Unsecured | 318.15 | 0.00 |
| 10. | Wells Fargo Financial Bank | Unsecured | 364.53 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 467.99 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 175.05 | 0.00 |
| 13. | B-Real LLC | Unsecured | 789.78 | 0.00 |
| 14. | B-Real LLC | Unsecured | 3,009.05 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 269.81 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 2,513.81 | 0.00 |
| 17. | American Express Centurion | Unsecured | 185.53 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 197.12 | 0.00 |
| 19. | Discover Financial Services | Unsecured | 834.32 | 0.00 |
| 20. | Wells Fargo Financial Bank | Unsecured | 1,690.36 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 850.28 | 0.00 |
| 22. | Brylane Home | Unsecured | | No Claim Filed |
| 23. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 24. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 25. | Chase | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, Ellis | Case Number: 07 B 03792 |
|---|---|---|
|  |  | Judge: Squires, John H |
|  | Printed: 5/20/08 | Filed: 3/3/07 |

| 26. | Ann Arbor Financial Services | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Monogram Bank | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,298.84 | $ 1,797.40 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.60 |
|  | _____ |
|  | $ 102.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____